# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **ROBERT SHIPLEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Civil Action No. CV 04-TMP-713-M** |
| ) | |
| **WESTERN HERITAGE** ) | |
| **INSURANCE COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

## MEMORANDUM OPINION

The court has for consideration the Report and Recommendation of Magistrate Judge T. Michael Putnam, filed on August 11, 2005, wherein he recommends that the motion for summary judgment filed by the defendant (doc. no. # 8) be granted and this action dismissed on *res judicata* grounds. The plaintiff has filed objections to the report and recommendation.

Having now reviewed and considered *de novo* the recommendation of the Magistrate Judge, the objections filed by plaintiff on August 25, 2005, and all other materials in the court file, the court ADOPTS the report of the magistrate judge and ACCEPTS the recommendation. Accordingly, there being no genuine issues of material fact and the defendant being entitled to judgment as a matter of law, defendant's motion for summary judgment is due to be GRANTED and this action

DISMISSED with prejudice. A separate order will be entered.

DONE the 27th day of September, 2005.

_____
United States District Judge